

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00281-CR

**EX PARTE** Jesus Alfredo **GARCIA CASTILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10574CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on September 6, 2023.

SIGNED July 23, 2025.

_____
Velia J. Meza, Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.